1  BENJAMIN B. WAGNER
   United States Attorney
2  ROSS K. NAUGHTON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

**MAY 20 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: <br><br> OLDER MODEL CHEVY SEDAN, CALIFORNIA LICENSE PLATE: UNKNOWN | 2:16-SW-0254 CKD <br><br> [~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: May 20, 2016

_____
The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE